FILED - USDC -NH
2023 AUG 7 PM1:10

**FEMI ISIJOLA**
**1465 HOOKSETT ROAD, UNIT 66**
**HOOKSETT, NH 03106**

PHONE                                                    EMAIL ADDRESS
(603)-560-4174                                           femieasyjay.thelaw@aol.com

August 7, 2023

**<u>HAND DELIVERED</u>**
Daniel J. Lynch
Clerk of Court
District Court of New Hampshire
U.S. District Court
55 Pleasant Street, Room 110
Concord, New Hampshire 03301-3941

Re: Femi Isijola (Plaintiff) v. New Hampshire Department of Safety, Aaron. R. Richards, Linda
Capuchino, Stacey K. Schultz, Elizabeth Bielecki, Donald Blaszka, Christopher Casko, Robert
Quinn, Jessica A. King, Anthony J. Galdieri, Maria E. Buckman, Andrew R. Schulman, Brian T.
Tucker, Timothy A. Gudas, Patrick Donovan, Anna Barbara Hantz Marconi, James Bassett and
Gary Hicks (Defendants)

Dear Clerk Lynch:

Pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1985(3), 42 U.S.C. § 1988 and Civil Rights Acts of
New Hampshire Revised Statute Annotated 354-B:1, enclosed for filing herewith by the Plaintiff
in this above-entitled case are the originals of the documents and copies of Exhibits of the
following:

(1)   Application to Proceed in District Court without prepaying fees or costs, dated August 7,
2023.

(2)   Plaintiff's Motion to Proceed without prepayment of fees or costs, dated August 7, 2023.

(3)   Plaintiff's Affidavit of Indigency in support of Motion to Proceed without prepayment of
fees and to proceed in forma pauperis, dated August 7, 2023.

(4)   Plaintiff's Verified Complaint for violation for Civil Rights and Constitutional Rights and
Demand for Jury Trial, dated August 7, 2023.

(5)   Plaintiff's Affidavit in support of Verified Complaint for violation for Civil Rights and
Constitutional Rights and Demand for Jury Trial, dated August 7, 2023.

1

(6)   Plaintiff's Exhibits in support of Verified Complaint for violation for Civil Rights and Constitutional Rights and Plaintiff's Motion for Preliminary Injunction, (Exhibit 1 through Exhibit 31), dated August 7, 2023.

(7)   Plaintiff's Motion for Preliminary Injunction dated August 7, 2023.

(8) Plaintiff's Memorandum of Law in support of Plaintiff's Motion for Preliminary Injunction, dated August 7, 2023

(9)   Plaintiff's Affidavit in support of Plaintiff's Motion for Preliminary Injunction, dated August 7, 2023.

(10)   Civil Cover Sheet dated August 7, 2023.

(11)   Plaintiff's Pro Se Motion to participate in Electronic filing, dated August 7, 2023.

(12) Plaintiff's Affidavit in support of waiving any Pacer fees or any associated costs, dated August 7, 2023.

(13)   Process Receipt and Return Form ("USM-285") [Eighteen] (18) copies, to be served on namely New Hampshire Department of Safety, Aaron. R. Richards, Linda Capuchino, Stacey K. Schultz, Elizabeth Bielecki, Donald Blaszka, Christopher Casko, Robert Quinn, Jessica A. King, Anthony J. Galdieri, Maria E. Buckman, Andrew R. Schulman, Brian T. Tucker, Timothy A. Gudas, Patrick Donovan, Anna Barbara Hantz Marconi, James Bassett and Gary Hicks.

Thank you for your attention and assistance. If you have any questions or need anything further,

please do not hesitate to contact me.

Sincerely yours,

Femi Isijola, Plaintiff