FILED - USDC -NH
2023 AUG 7 PM 1:12

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **FEMI ISIJOLA,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**NEW HAMPSHIRE DEPARTMENT OF SAFETY, AARON R. RICHARDS, LINDA CAPUCHINO, STACEY K. SCHULTZ, ELIZABETH BIELECKI, DONALD BLASZKA, CHRISTOPHER CASKO, ROBERT QUINN, JESSICA A. KING, ANTHONY J. GALDIERI, MARIA E. BUCKMAN, ANDREW R. SCHULMAN, BRIAN T. TUCKER, TIMOTHY A. GUDAS, PATRICK DONOVAN, ANNA BARBARA HANTZ MARCONI, JAMES BASSETT AND GARY HICKS.**<br><br>     **Defendants** | CASE NO:<br><br>**PLAINTIFF'S EXHIBITS IN SUPPORT OF VERIFIED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br><br><br><br><br><br><br><br><br><br>**AUGUST 7, 2023** |

**EXHIBITS IN SUPPORT OF VERIFIED COMPLAINT FOR VIOLATION OF
OF CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS
AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
(EXHIBIT LISTS IN NUMBER AND DESCRIPTION)**

Femi Isijola, Pro Se Litigant
1465 Hooksett Road, Unit 66
Hooksett, NH 03106
603-560-4174
femieasyjay.thelaw@aol.com

## TABLE OF CONTENTS

**EXHIBIT 1-** New Hampshire Department of Safety, Bureau of Hearings, Administrative Hearing held on August 5, 2020, held before Linda Capuchino, Hearing Examiner Hearing Number HR20207656.

**EXHIBIT 2-** Arrest Warrant of Aaron R. Richards, Trooper, New Hampshire Department of Safety, Division of State Police.

**EXHIBIT 3-** Hearing Examiner's Linda Capuchino's Determination of Administrative Hearing on Plaintiff's Driver's License and Vehicle Registration Suspensions held on August 5, 2020, and decided on September 16, 2020, License Suspension- 1 year; Registration Suspension-suspended Indefinitely Reference Number NHI11151845.

**EXHIBIT 4-** New Hampshire Merrimack County Superior Court, Hearing on the Merits held on December 3, 2020, held before Andrew R. Schulman, Judicial Officer, Case Docket Number 217-2020-CV-00533.

**EXHIBIT 5-** Judicial Officer Andrew R. Schulman's decision on Plaintiff's timely Motion to receive Hearing on the Merits, filed on January 26, 2021, and mooted on February 9, 2021, in Case Docket Number 217-2020-CV-00533.

**EXHIBIT 6-** Judicial Officer Andrew R. Schulman's decision on Plaintiff's timely Motion for Reconsideration, filed on January 29, 2021, and decided on February 9, 2021, in Case Docket Number 217-2020-CV-00533.

**EXHIBIT 7-** Case Docket Entry Report of New Hampshire Merrimack County Superior Court Case Docket Number 217-2020-CV-00533 in the matter between Plaintiff versus Director, New Hampshire Department of Safety, Division of Motor Vehicles (Filing Date-October 2, 2020, 10-02-2020).

**EXHIBIT 8-** New Hampshire Supreme Court's Mandate on New Hampshire Supreme Court's Case Docket Number 2021-0045 and Mandate on Plaintiff's timely Motion for Reconsideration dated December 9, 2021.

**EXHIBIT 9-** Case Docket Entry Report of New Hampshire Supreme Court Case Docket Number 2021-0045 in the matter between Plaintiff versus Director, New Hampshire Department of Safety, Division of Motor Vehicles (Filing Date-February 11, 2021, 02-11-2011).

**EXHIBIT 10-** Supreme Court of the United States of America docketing of Plaintiff's Petition for Writ of Certiorari in the matter between Plaintiff versus Director, New New Hampshire Department of Safety, Division of Motor Vehicles, docketed as Case Docket Number 21-7948, filed on May 5, 2022, docketed on May 24, 2022.

**EXHIBIT 11-** Plaintiff's Supreme Court of the United States of America Letter to the Counsel of Record, Jessica A. King, Esq in the matter between Plaintiff versus Director, New Hampshire Department of Safety, Division of Motor Vehicles, attached with Plaintiff's Cover Letter, dated May 31, 2022.

**EXHIBIT 12-** Supreme Court of United States of America Waiver Form signed by Anthony J. Galdieri, on June 7, 2022, without being the Counsel of Record in the proceedings of New Hampshire Supreme Court's Case Docket Number 2021-0045.

**EXHIBIT 13-** New Hampshire Supreme Court Appearance Form for Counsel of Record for Director, New Hampshire Department of Safety, Division of Motor Vehicles, in New Hampshire Supreme Court Case Docket Number 2021-0045, appeared as Jessica A. King, Counsel for Elizabeth Bielecki.

**EXHIBIT 14-** Supreme Court of United States of America decision on Plaintiff's writ of certiorari in the matter between Plaintiff versus Director, New Hampshire Department of Safety, Division of Motor Vehicles, with reference to New Hampshire Supreme Case Docket Number 2021-0045 and Supreme Court of United States of America Case Docket Number 21-7948, dated on June 27, 2022.

**EXHIBIT 15-** Supreme Court of United States of America decision on Plaintiff's Petition of Reconsideration in the matter between Plaintiff versus Director, New Hampshire Department of Safety, Division of Motor Vehicles, with reference to New Hampshire Supreme Case Docket Number 2021-0045 and Supreme Court of United States of America Case Docket Number 21-7948, dated on August 22, 2022.

**EXHIBIT 16-** Case Docket Entry Report of New Hampshire Supreme Court Case Docket Number 21-7948 in the matter between Plaintiff versus Director, New Hampshire Department of Safety, Division of Motor Vehicles (Filing Date-May 05, 2022).

**EXHIBIT 17-** Plaintiff's Memorandum of Facts and Law in support of the Plaintiff's Reinstatement of Plaintiff's Driver's License and Vehicle Registration Privileges dated January 19, 2022.

**EXHIBIT 18-** New Hampshire Department of Safety, Bureau of Hearings, Administrative Hearing held on January 20, 2022, held before Stacey K. Schultz, Hearing Examiner, Hearing Number HR202117109.

**EXHIBIT 19-** Hearing Examiner's Stacey Schultz's Determination of Administrative
Hearing on Plaintiff's Driver's License Suspension, dated 2/25/22
held on January 20, 2022, and decided on March 1, 2022,
License Suspension-suspended indefinitely
Reference Number NHI11151845.

**EXHIBIT 20-** Plaintiff's Response to Hearing Examiner's Determination filed with the
New Hampshire Merrimack County Superior Court on March 24, 2022,
docketed as New Hampshire Merrimack County Superior Court Case
Docket Number 217-2022-CV-00469, referred to as Complaint for Judicial
Review and Demand for Jury Trial.

**EXHIBIT 21-** New Hampshire Merrimack County Superior Court decision on Plaintiff's
timely Motion for Reconsideration filed on August 13, 2022, with the
New Hampshire Merrimack County Superior Court in Case Docket Number
217-2022-CV-00469.

**EXHIBIT 22-** Plaintiff's filing of his timely Notice of Mandatory Appeal with the
New Hampshire Merrimack County Superior Court pursuant to
Rule 7 of the New Hampshire Supreme Court Rules and Plaintiff
timely filed with the New Hampshire Supreme Court on the same day
on December 1, 2022, after Judicial Officer Tucker's disposition of Plaintiff's
Motion for Reconsideration of the mootness of his Motion for Summary
Judgment on November 2, 2022, filed in New Hampshire Merrimack County
Superior Court's Case Docket Number 217-2022-CV-00469.

**EXHIBIT 23-** Plaintiff's Notice of Mandatory Hearing on the Merits in person with the
New Hampshire Merrimack County Superior Court to be held on
August 8, 2022, at the Courthouse of the New Hampshire Merrimack County
Superior Court on August 8, 2022, in New Hampshire Merrimack County
Case Docket Number 217-2022-CV-00469.

**EXHIBIT 24-** Case Docket Entry Report of New Hampshire Merrimack County Superior
Court Case Docket Number 217-2020-CV-00469 in the matter of Plaintiff
versus New Hampshire Department of Safety, Bureau of Hearings and
Aaron R. Richards (Filing Date-March 24, 2022, 03-24-2022).

**EXHIBIT 25-** Plaintiff's Notice of Docketing of New Hampshire Supreme Court Case
Docket Number 2022-0678 dated December 21, 2022.

**EXHIBIT 26-** Plaintiff's timely Motion for Reconsideration of Single Justice Donovan's
decision on Plaintiff's timely Notice of Mandatory Appeal filed with the
New Hampshire Supreme Court on January 11, 2023, in New Hampshire
Supreme Court Case Docket Number 2022-0678.

**EXHIBIT 27-** New Hampshire Supreme Court's Mandate on New Hampshire Supreme Court
Case Docket Number 2022-0678 and Mandate on Plaintiff's timely Motion for
Reconsideration dated January 31, 2023 (1-31-2023).

**EXHIBIT 28-** Case Docket Entry Report of New Hampshire Supreme Court
Court Case Docket Number 2022-0678 in the matter of Plaintiff
versus New Hampshire Department of Safety, Bureau of Hearings and
Aaron R. Richards (Filing Date-December 1, 2022, 12-01-2022).

**EXHIBIT 29-** Article that State Court Judges can be sued for Injunctive Relief in Federal
Court for Arbitrary and Capricious Actions for denial of an appeal, which
violate the Federal Due Process Clause of the Fifth Amendment and
Fourteenth Amendment to the United States of America Constitution,
dated November 15, 1992.

**EXHIBIT 30-** Affidavit of the Mandatory Hearing on the Merits held on August 8, 2022, in
New Hampshire Merrimack County Superior Court Court's
Case Docket Number 217-2020-CV-00469, held before Judicial Officer Brian T.
Tucker, attended in person by the Plaintiff.

**EXHIBIT 31-** Constitutional and Statutory Provisions of the United States of America,
and the State of New Hampshire, both statutory and regulatory rules of
New Hampshire Supreme Court and New Hampshire Superior Court included.

**\* NOTICE OF REDACTIONS\***

In this Exhibits, a black line denotes a redaction, the Plaintiff, Femi Isijola ("Plaintiff") made on August 7, 2023: Protection of Personal Identifying Information in Publicly Accessible Court Documents pursuant to Rule 52 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Femi Isijola, Plaintiff


Femi Isijola, Pro Se Litigant
1465 Hooksett Road, Unit 66
Hooksett, NH 03106
603-560-4174
femieasyjay.thelaw@aol.com

Dated: August 7, 2023