FILED - USDC -NH
2023 AUG 7 PM 1:09

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **FEMI ISIJOLA,** | CIVIL CASE NO: |
| **Plaintiff,** | PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING |
| v. | |
| NEW HAMPSHIRE DEPARTMENT OF SAFETY, AARON R. RICHARDS, LINDA CAPUCHINO, STACEY K. SCHULTZ, ELIZABETH BIELECKI, DONALD BLASZKA, CHRISTOPHER CASKO, ROBERT QUINN, JESSICA A. KING, ANTHONY J. GALDIERI, MARIA E. BUCKMAN, ANDREW R. SCHULMAN, BRIAN T. TUCKER, TIMOTHY A. GUDAS, PATRICK DONOVAN, ANNA BARBARA HANTZ MARCONI, JAMES BASSETT AND GARY HICKS. | |
| **Defendants** | AUGUST 7, 2023 |

## PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the Plaintiff, Femi Isijola, appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that this court in the above-referenced case permit Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1) Pro Se Litigant is presently named as a party in the above referenced case.

2) Pro Se Litigant is not presently incarcerated.

1

3) Pro Se Litigant represents that he has the following system requirements necessary to participate in electronic filing:

    A. Personal computer (Pentium 233 mhz or higher/Mac equivalent) (64MB Ram) running a standard platform (e,g., Windom XP or Vista 7 or 8);

    B. Portable Document Format (PDF)-compatible word processing software for creating pleadings (e.g., Corel WordPerfect, Micros Word);

    C. PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;

    D. Internet service using point-to-point protocol (PPP) for accessing the internet and for sending and receiving e-mails (Broadband service is highly recommended (minimum access speed of 56K));

    E. Internet browser that is compatible with PACER and CM/ECF, such as Firefox and/or Internet Explorer 7 or 8;

    F. An upgraded individual PACER account. A PACER account suspended for a violation of PACER's Policies and Procedures, including an overdue account balance, is not valid account for CM/ECF filing purposes. Any suspension must be resolved by the account holder with PACER before requesting leave to file electronically;

    G. A document scanner, and/or access to a document scanner;

4) As a condition of participating in electronic filing, Pro Se Litigant understand and agrees to the following:

    A. That I am required to maintain and keep the aforementioned systems in working order;

    B. That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

    C.    That I will review the interactive "New Hampshire Computer Based Training Modules "best viewable using Internet Explorer) on the court's website at www.nhd.uscourts.gov/training

    D.    That I may only file electronic documents in the above captioned case;

    E.    That I keep the e-mail addresses associated with my PACER account current and able to receive electronic notices from the court;

    F.    That the Clerk's Office will terminate my ECF filing privileges should an attorney subsequently file an appearance on my behalf in the above-captioned case;

    G.    I understand that hard copies will no longer be issued by the court or opposing counsel;

    H.    That the Court may terminate my ability to participate in electronic filing at any time for failure to comply with any of the above conditions or other conditions stated herein.

WHEREFORE, I respectfully request that the Court grant the Pro Se Motion to participate in electronic filing or grant such other further relief that this Court deem just, proper and equitable.

Respectfully submitted,

Femi Isijola, Plaintiff

Dated: August 7, 2023

_____
Femi Isijola, Pro Se
1465 Hooksett Road, Unit 66
Hooksett, NH 03106
603-560-4174
femieasyjay.thelaw@aol.com

3