FILED - USDC -NH
2023 AUG 7 PM 1:09

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **FEMI ISIJOLA,** | CIVIL CASE NO: |
| **Plaintiff,** | PLAINTIFF'S AFFIDAVIT OF INDIGENCY IN SUPPORT OF MY PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING AND WAIVE ANY PACER FEES AND ANY ASSOCIATED COSTS |
| v. | |
| NEW HAMPSHIRE DEPARTMENT OF SAFETY, AARON R. RICHARDS, LINDA CAPUCHINO, STACEY K. SCHULTZ, ELIZABETH BIELECKI, DONALD BLASZKA, CHRISTOPHER CASKO, ROBERT QUINN, JESSICA A. KING, ANTHONY J. GALDIERI, MARIA E. BUCKMAN, ANDREW R. SCHULMAN, BRIAN T. TUCKER, TIMOTHY A. GUDAS, PATRICK DONOVAN, ANNA BARBARA HANTZ MARCONI, JAMES BASSETT AND GARY HICKS. | |
| **Defendants** | AUGUST 7, 2023 |

## AFFIDAVIT OF INDIGENCY IN SUPPORT OF MY PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING AND WAIVE ANY PACER FEES AND ANY ASSOCIATED COSTS

I, FEMI ISIJOLA, hereby states under oath:

1. I am the Plaintiff and Pro Se Litigant in the above-entitled case.

2. The statements made in this affidavit are based on facts within my own personal knowledge that bear upon my pro se motion to participate in electronic filing and waive any PACER fees and any associated costs.

1

3. This affidavit is submitted in support of my Pro Se Motion to participate in electronic filing and waive any PACER fees and any associated costs.

4. That because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

5. That on February 2, 2022, I was separated from my employer, US Telecommunications, Inc and up till today, I have been unable to secure another employment and I have exhausted all unemployment benefits assistance.

6. That as of August 7, 2023, my checking account balance is $43.16

7. That I do not have the financial ability to pay for any PACER fees and any associated costs.

8. That I request that any PACER fees or any associated costs be waived, substituted or paid for, by my government due to my inability to pay for these fees or costs or any associated costs.

I declare under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief and further verify that all facts contained in this document are alleged in good faith.

AFFIANT SAY NOTHING FURTHER

Femi Isijola, Pro Se Litigant
1465 Hooksett Road, Unit 66
Hooksett, NH 03106
603-560-4174
femieasyjay.thelaw@aol.com

Dated: August 7, 2023

## CERTIFICATION OF PARTY UNREPRESENTED BY COUNSEL

I certify under penalty of perjury pursuant that the above information contained within the foregoing Affidavit is true and correct and statements made in this foregoing Affidavit of Indigency in support of my Pro Se motion to participate in electronic filing and waive any pacer fees and any associated costs are based upon facts within my own personal knowledge. I therefore place my hand as seal upon this document on the date below.

_____
Femi Isijola, Pro Se Litigant

Dated: August 7, 2023

## NOTARY

Subscribed and sworn as being true under the penalty of perjury by Femi Isijola, before me this 7 day of August, 2023. Said individual solemnly affirmed that he has firsthand knowledge of the facts contained herein and that the facts are true, correct, and complete to the best of his knowledge, understanding and belief.

LISA M. SLATER
Notary Public, State of New Hampshire
My Commission Expires November 2, 2027

_____
Notary Public

_____
My Commission expires

3