FILED - USDC -NH
2023 AUG 7 PM 1:11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **FEMI ISIJOLA,**<br><br>          **Plaintiff,**<br><br>v.<br><br>**NEW HAMPSHIRE DEPARTMENT OF SAFETY, AARON R. RICHARDS, LINDA CAPUCHINO, STACEY K. SCHULTZ, ELIZABETH BIELECKI, DONALD BLASZKA, CHRISTOPHER CASKO, ROBERT QUINN, JESSICA A. KING, ANTHONY J. GALDIERI, MARIA E. BUCKMAN, ANDREW R. SCHULMAN, BRIAN T. TUCKER, TIMOTHY A. GUDAS, PATRICK DONOVAN, ANNA BARBARA HANTZ MARCONI, JAMES BASSETT AND GARY HICKS.**<br><br>          **Defendants** | CIVIL CASE NO:<br><br>PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS AND TO PROCEED IN FORMA PAUPERIS<br><br><br><br><br><br><br><br>AUGUST 7, 2023 |

## MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS AND TO PROCEED IN FORMA PAUPERIS

Plaintiff Femi Isijola ("Plaintiff") in the above-entitled case moves this motion to ask leave to file the attached Verified Complaint for violation of his Civil Rights and Constitutional Rights without prepayment of fees or costs or any associated costs and to proceed in forma pauperis. Plaintiff has attached an Affidavit in support of his motion, as the Plaintiff seeks the relief sought in his Verified Complaint for violation of his Civil Rights and Constitutional Rights.

[Signature Next page]

WHEREFORE, for all the foregoing reasons stated above and stated herein, Plaintiff respectfully requests that this Court grants his Motion to proceed in the above-entitled case without prepayment of fees or costs of summons or any associated costs and to proceed in forma pauperis.

Respectfully submitted,

Femi Isijola, Plaintiff

*[signature]*

Femi Isijola, Pro Se Litigant
1465 Hooksett Road, Unit 66
Hooksett, NH 03106
603-560-4174
femieasyjay.thelaw@aol.com

Dated: August 7, 2023